PATRICK JORDAN, Respondent, *v.* TIMOTHY J. PHELAN, Appellant.

*Jordan* v. *Phelan*, 140 App. Div. 933, affirmed.
(Argued May 13, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer.

*Joseph F. Daly, Frank H. Richmond* and *Edward H. Daly* for appellant.

*Richard J. Donovan* and *Herbert D. Cohen* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.